UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| CHUNDER PORSHAE PORAMBO | ) | |
| | ) | |
| v. | ) | NO. 2:13-cv-32 |
| | ) | *Greer/Inman* |
| DEBRA JOHNSON, Warden | ) | |

## MEMORANDUM

This *pro se* state prisoner's application for a writ of habeas corpus under 28 U.S.C. § 2254 is before the Court upon respondent's unopposed motion to dismiss the petition for want of prosecution, (Doc. 12). On February 15, 2013, the Court ordered petitioner to amend her application by completing the preprinted form § 2254 petition, which was enclosed for her convenience, and returning it to the Court within thirty (30) days of the date on the order, (Doc. 9). Petitioner was cautioned that her failure to comply with the order in a timely fashion would lead the Court to assume that she did not wish to proceed in the case and to dismiss her petition without prejudice.

More than thirty days have passed, and petitioner has failed to submit a completed § 2254 application or otherwise communicate with the Court concerning the matter.

Therefore, a separate order will enter granting respondent's motion to dismiss and dismissing the petition for failure to comply with the order and to prosecute this case.

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE